**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 2:24-cr-00003 KGB**

**KORTAIJA CAPRECE KIDD** **DEFENDANT**

# FINAL ORDER OF FORFEITURE

Before the Court is the United States' motion for final order of forfeiture (Dkt. No. 31). On October 29, 2025, this Court entered a preliminary order of forfeiture, ordering defendant Kortaija Caprece Kidd to forfeit his interest in:

A. a Taurus, 9mm pistol, bearing serial number TMT22026, including any ammunition seized with the firearm; and

B. a HS Produkt (Springfield Armory), 9mm pistol, bearing serial number AT215956, including any ammunition seized with the firearm

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and the United States' intent to dispose of the property subject to forfeiture in accordance with the law as specified in the preliminary order of forfeiture. *See* Advertisement Certification (Dkt. No. 31-1). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on October 31, 2025, and ending on November 29, 2025. Further, the United States also made reasonable efforts to identify and give direct notice of this forfeiture to all persons who reasonably appear to have standing to contest this forfeiture in an ancillary proceeding. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now, the United States petitions the Court to enter a final order of forfeiture, which will

vest all right, title, and interest in the United States. The United States also asks this Court to authorize the United States to dispose of the property according to law.

The property subject to forfeiture is forfeited. The United States now has all right, title, and interest in the property. Any prior claims in and against the property subject to forfeiture are extinguished and declared void. The property shall be turned over to the United States and disposed of according to law. The Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

It is so ordered this 11th day of August, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge